THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JAMES G. GALLAGHER, Appellant.

*People* v. *Gallagher,* 75 App. Div. 39, affirmed.
(Argued February 16, 1903; decided March 3, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 29, 1902, which affirmed a judgment rendered at a Trial
Term upon a verdict convicting the defendant of the crime
of manslaughter in the first degree and an order denying a
motion for a new trial.

*Lewis E. Griffith* and *E. C. Aiken* for appellant.

*Harry T. Dayton* for respondent.

Judgment of conviction affirmed, upon the ground that
the evidence against the defendant was so clear and conclu-
sive that the errors complained of may be safely disregarded

under section 542 of the Code of Criminal Procedure; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and CULLEN, JJ. Not voting: VANN, J.